**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THOMAS E. PRICE, M.D.,<br>Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 16-cv-157 (RMC) |

**NOTICE OF FILING**

The certification and index of the administrative record in this case are attached as exhibits to this notice.  A full copy of the record is being served on plaintiffs' counsel this same day.

Dated: July 14, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JOEL McELVAIN
Assistant Branch Director
Federal Programs Branch

  /s/ *James Bickford*
JAMES BICKFORD
New York Bar No. 5163498
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
20 Massachusetts Ave., NW
Washington, DC 20530
(202) 305-7632
James.Bickford@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing, and served on counsel registered to receive CM/ECF notifications in this case.

*/s/ James Bickford*
James Bickford