UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS E. PRICE, M.D., <br> Secretary of Health and Human Services, <br> *et al.*, <br><br> Defendants. | Case No. 16-cv-157 <br><br> July 14, 2017 |

## CERTIFICATION OF THE RULEMAKING RECORD

I, Sheli Harris, Deputy Group Director, Regulations Development Group, Office of Strategic Operations and Regulatory Affairs, Centers for Medicare & Medicaid Services, United States Department of Health and Human Services, certify that, to the best of my knowledge, the documents described in the accompanying index comprise a true and accurate copy of the administrative record of the rulemaking proceedings for the above-captioned case, which concerns policies regarding 42 C.F.R. § 422.326, the so called Medicare Part C Overpayment Rule.

Executed this 14th day of July 2017, in Baltimore, Maryland.

*/s/ Sheli Harris*
Sheli Harris
Deputy Group Director,
Regulations Development Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
United States Department of Health and Human Services