<div align="center">

**INDEX TO THE RULEMAKING RECORD FOR**
*UnitedHealthcare v. Price*, No. 16-cv-00157 (RMC) (D.D.C.)

</div>

**I. Federal Register Documents and Public Comments**

    **A.** 42 C.F.R. § 422.326 ("the Medicare Part C Overpayment Rule")

        1. CY 2015 Policy and Technical Changes to the Medicare Advantage (Part C) and Prescription Drug Benefit (Part D) Programs, 79 Fed. Reg. 1918, 1918-2073 (Jan. 10, 2014) (Proposed Rule)                                         Bates:  000001

        2. Public comments[1]                                         Bates:  000158

        3. CY 2015 Policy and Technical Changes to the Medicare Advantage and Prescription Drug Benefit Programs, 79 Fed. Reg. 29,844, 29,844-968 (May 23, 2014) (Final Rule)
                                         Bates:  001235

        4. CY 2016 Policy and Technical Changes to the Medicare Advantage and Prescription Drug Benefit Programs, 80 Fed. Reg. 7912, 7912-66 (Feb. 12, 2015) (Final Rule)
                                         Bates:  001361

    **B.** Other Federal Register Documents

        1. Establishment of the Medicare + Choice Program, 63 Fed. Reg. 34,968, 35,004-07, 35,015-17, 35,092, 35,100-03 (June 26, 1998) (Interim Final Rule with Comment Period)                                         Bates:  001417

        2. Public comments                                         Bates:  001430

        3. Medicare + Choice Program, 65 Fed. Reg. 40,170, 40,245-51, 40,263-68, 40,326-28 (June 29, 2000) (Final Rule with Comment Period)
                                         Bates:  001992

        4. Public comments                                         Bates:  002010

        5. Establishment of the Medicare Advantage Program, 69 Fed. Reg. 46,866, 46,903, 46,968 (Aug. 3, 2004) (Proposed Rule)           Bates:  002025

        6. Public comments                                         Bates:  002029

        7. Establishment of the Medicare Advantage Program, 70 Fed. Reg. 4588, 4657-61, 4731-32 (Jan. 28, 2005) (Final Rule)           Bates:  002226

---

[1] Unless otherwise noted, each set of Public Comments was submitted in response to the immediately preceding Federal Register document.

8. FY 2009 Inpatient Prospective Payment System ("IPPS"), 73 Fed. Reg. 23,528, 23,667-68, 23,700-01, 23,705-06, 23,916 (Apr. 30, 2008) (Proposed Rule)
   Bates: 002235

9. Public comments   Bates: 002244

10. FY 2009 IPPS, 73 Fed. Reg. 48,434, 48,650-54, 48,746-47, 48,757, 49,076 (Aug. 19, 2008) (Final Rule)   Bates: 002395

11. Policy and Technical Changes to Parts C and D, 74 Fed. Reg. 54,634, 54,673-78 (Oct. 22, 2009) (Proposed Rule)   Bates: 002406

12. Public comments   Bates: 002414

13. Policy and Technical Changes to Parts C and D, 75 Fed. Reg. 19,678, 19,742-53 (Apr. 15, 2010) (Final Rule)   Bates: 002817

14. Medicare Program Reporting and Returning of Overpayments for Medicare Parts A and B, 77 Fed. Reg. 9179, 9179-87 (Feb. 16, 2012) (Proposed Rule)
    Bates: 002831

15. Public comments   Bates: 002840

16. Reporting and Returning of Overpayments for Parts A and B, Extension of Timeline for Publication of the Final Rule, 80 Fed. Reg. 8247, 8247-48 (Feb. 17, 2015) (Extension)   Bates: 003767

17. Reporting and Returning of Overpayments for Parts A and B, 81 Fed. Reg. 7654, 7654-84 (Feb. 12, 2016) (Final Rule)   Bates: 003769

**II. Annual Advance Notices and Announcements of Rates and Policies[2]**

   **A.** Advance Notice of Methodological Changes for CY 2000 Part C Rates (Jan. 15, 1999)
   Bates: 003801

   **B.** Announcement of CY 2000 Part C Rates (Mar. 1, 1999)   Bates: 003822

   **C.** Advance Notice of Methodological Changes for CY 2001 Part C Rates (Jan. 15, 2000)
   Bates: 003841

---

[2] The Medicare Statute requires the Agency to annually provide both an advance notice for comment of changes in Part C payment methodology and an announcement of changes in capitation rates and adjustment factors for the following calendar year. 42 U.S.C § 1395w-23(b). The Agency implements this requirement by publishing these documents each year within the required timeframes (*see id.*) at www.CMS.gov.

**D.** Announcement of CY 2001 Part C Rates (Mar. 1, 2000)   Bates: 003845

**E.** Advance Notice of Methodological Changes for CY 2002 Part C Rates (Jan. 12, 2001)
Bates: 003855

**F.** Announcement of CY 2002 Part C Rates (Mar. 1, 2001)   Bates: 003862

**G.** Advance Notice of Methodological Changes for CY 2003 Part C Rates (Jan. 15, 2002)
Bates: 003872

**H.** Announcement of CY 2003 Part C Rates (Mar. 1, 2002)   Bates: 003877

**I.** Advance Notice of Methodological Changes for CY 2004 Part C Rates (Mar. 28, 2003)
Bates: 003888

**J.** Announcement of CY 2004 Part C Rates (May 12, 2003)   Bates: 003922

**K.** Revised CY 2004 Part C Rates (Jan. 16, 2004)   Bates: 003956

**L.** Advance Notice of Methodological Changes for CY 2005 Part C Rates (Mar. 26, 2004)
Bates: 003960

**M.** Announcement of CY 2005 Part C Rates (May 10, 2004)   Bates: 003972

**N.** Advance Notice of Methodological Changes for CY 2006 Part C Rates (Feb. 18, 2005)
Bates: 004000

**O.** Announcement of CY 2006 Part C Rates (Apr. 4, 2005)   Bates: 004061

**P.** Advance Notice of Methodological Changes for CY 2007 Part C Rates & Part D Payment (Feb. 17, 2006)   Bates: 004112

**Q.** Announcement of CY 2007 Part C Capitation Rates and Parts C & D Payment Policies (April 3, 2006)   Bates: 004125

**R.** Announcement of CY 2007 Part C Capitation Rates and Parts C & D Payment Policies Fact Sheet (April 3, 2006)   Bates: 004156

**S.** Advance Notice of Methodological Changes for CY 2008 Part C Capitation Rates (Feb. 16, 2007)   Bates: 004158

**T.** Announcement of CY 2008 Part C Capitation Rates and Payment Policies (Apr. 2, 2007)
Bates:  004184

**U.** Advance Notice of Methodological Changes for CY 2009 Parts C and D Rates and Policies (Feb. 22, 2008)                Bates:  004220

**V.** Announcement of CY 2009 Parts C and D Rates and Policies (Apr. 7, 2008)
Bates:  004256

**W.** Advance Notice of Methodological Changes for CY 2010 Parts C and D Rates and Policies (Feb. 20, 2009)                Bates:  004289

**X.** Announcement of CY 2010 Parts C and D Rates and Policies (Apr. 6, 2009)
Bates:  004316

**Y.** Advance Notice of Methodological Changes for CY 2011 Parts C and D Rates and Policies (call letter excluded) (Feb. 19, 2010)   Bates:  004357

**Z.** Announcement of CY 2011 Parts C and D Rates and Policies (call letter excluded) (Apr. 5, 2010)                      Bates:  004434

**AA.** Advance Notice of Methodological Changes for CY 2012 Parts C and D Rates and Policies (call letter excluded) (Feb. 18, 2011)   Bates:  004486

**BB.** Announcement of CY 2012 Parts C and D Rates and Policies (call letter excluded) (Apr. 4, 2011)                      Bates:  004551

**CC.** Advance Notice of Methodological Changes for CY 2013 Parts C and D Rates and Policies (call letter excluded) (Feb. 17, 2012)   Bates:  004639

**DD.** Announcement of CY 2013 Parts C and D Rates and Policies (call letter excluded) (Apr. 2, 2012)                      Bates:  004688

**EE.** MA Ratebook & Bid Pricing Tool (BPT) for CY 2013 Updates (May 22, 2012)
Bates:  004750

**FF.** Advance Notice of Methodological Changes for CY 2014 Parts C and D Rates and Policies (call letter excluded) (Feb. 15, 2013)   Bates:  004752

**GG.** Announcement of CY 2014 Parts C & D Rates and Policies (call letter excluded) (Apr. 1, 2013)                       Bates:  004829

**HH.** Advance Notice of Methodological Changes for CY 2015 Parts C & D Rates and Policies (call letter excluded) (Feb. 21, 2014)    Bates:  004915

**II.** Announcement of CY 2015 Parts C and D Rates and Policies (call letter excluded) (Apr.7, 2014)                                                       Bates:  004976

**III. Risk Adjustment Data Validation ("RADV") Payment Error Calculation Methodology Notices and Comments[3]**

    **A.** Medicare Advantage RADV Notice of Payment Error Calculation Methodology for Part C Organizations Selected for Contract-Level RADV Audits; Request for Comment (Dec. 20, 2010)                                                       Bates:  005020

    **B.** Comments received from the public                                                       Bates:  005023

    **C.** Notice of Final Payment Error Calculation Methodology for Part C Medicare Advantage RADV Contract-Level Audits (Feb. 24, 2012)                                                       Bates:  005311

**IV. Program Manual Provisions**

    **A.** MEDICARE MANAGED CARE MANUAL (CMS Pub. 100-16), Transmittal 1 (July 2, 2001) (issuing Chapter 7, Payments to Medicare+Choice (M+C) Organizations)
                                                                                                              Bates:  005316

    **B.** HOSPITAL MANUAL (CMS Pub. 10) Chapter IV, Billing Procedures, § 460, Completion of Form -1450 for Inpatient and/or Outpatient Billing (last revision Feb. 13, 2002)
                                                                                                              Bates:  005398

    **C.** MEDICARE INTERMEDIARY MANUAL (CMS Pub. 13), Part 3, Claims Process, Chapter 7, Bill Review, § 3604, Review of Form HCFA-1450 for Inpatient and Outpatient Bills (last revision Feb. 7, 2003)                                                       Bates:  005470

    **D.** MEDICARE CARRIERS MANUAL (CMS Pub. 14), Part 4, Professional Relations, §§ 2010-2010.2, Purpose of Health Insurance Claim Form HCFA-1500 and Items 1-33 (instructions) (last revision Aug. 1, 2003)                                                       Bates:  005543

    **E.** MEDICARE MANAGED CARE MANUAL (CMS Pub. 100-16), Transmittal 47 (Feb. 20, 2004) (revising Chapter 7)                                                       Bates:  005559

    **F.** MEDICARE MANAGED CARE MANUAL (CMS Pub. 100-16), Transmittal 57 (Aug. 13, 2004) (revising Chapter 7)                                                       Bates:  005666

    **G.** MEDICARE MANAGED CARE MANUAL (CMS Pub. 100-16), Transmittal 114 (revising Chapter 7) (June 7, 2013)                                                       Bates:  005673

---

[3] The Agency published the two notices contained in this section regarding RADV Payment Error Calculation Methodology at www.CMS.gov.

**V. Guides, Presentations, and Training Materials for Risk Adjustment Data Submission**

   **A.** 2003 Regional Risk Adjustment Training for Medicare+Choice Organization, Questions & Answers (Oct. 6, 2003)　　　　　　　　　　Bates: 005747

   **B.** 2003 REGIONAL RISK ADJUSTMENT TRAINING FOR MEDICARE+CHOICE ORGANIZATIONS, PARTICIPANT GUIDE (Nov. 24, 2003)　　　　　　　　　　Bates: 005770

   **C.** 2003 Regional Risk Adjustment Training For Medicare+Choice Organizations, Tracks 1-2, IT/Systems Training Slides (Nov. 24, 2003)　　　　　Bates: 005955

   **D.** 2003 REGIONAL RISK ADJUSTMENT TRAINING FOR MEDICARE+CHOICE ORGANIZATIONS, RESOURCE GUIDE (Nov. 24, 2003)　　　　　　　　　　Bates: 006468

   **E.** 2004 Regional Risk Adjustment Training For Medicare+Choice Organizations, Presentation Slides (Aug. 2-3, 2004)　　　　　　　Bates: 006629

   **F.** 2004 REGIONAL RISK ADJUSTMENT TRAINING FOR MEDICARE+CHOICE ORGANIZATIONS, RESOURCE GUIDE (Sept. 9, 2004)　　　　　　　　　　Bates: 006985

   **G.** 2004 Risk Adjustment Training for Medicare Advantage Organizations, Special Sessions Questions & Answers　　　　　　　　　　　　Bates: 007099

   **H.** 2004 REGIONAL RISK ADJUSTMENT TRAINING FOR MEDICARE+CHOICE ORGANIZATIONS, PARTICIPANT GUIDE (Mar. 3, 2005)　　　　　　　　　　Bates: 007109

   **I.** 2005 Regional Training, Risk Adjustment Data Basic Training, Presentation Slides (Aug. 9, 2005)　　　　　　　　　　　　　　　Bates: 007406

   **J.** 2005 RISK ADJUSTMENT DATA BASIC TRAINING FOR MEDICARE ADVANTAGE ORGANIZATIONS, PARTICIPANT GUIDE (Sept. 1, 2005)　　　Bates: 007663

   **K.** 2005 RISK ADJUSTMENT DATA BASIC TRAINING FOR MEDICARE ADVANTAGE ORGANIZATIONS, RESOURCE GUIDE (Sept. 1, 2005)　　　Bates: 007885

   **L.** Revisions to 2006 Risk Adjustment Data Basic Training Materials Log (Feb. 2006)　　　　　　　　　　　　　　　　　　Bates: 008006

   **M.** 2005 RISK ADJUSTMENT DATA BASIC TRAINING FOR MEDICARE ADVANTAGE ORGANIZATIONS, PARTICIPANT GUIDE (Feb. 2006)　　　Bates: 008009

   **N.** 2006 RISK ADJUSTMENT DATA BASIC TRAINING FOR MEDICARE ADVANTAGE ORGANIZATIONS, RESOURCE GUIDE (Feb. 2006)　　　Bates: 008221

   **O.** 2006 Regional Training, Risk Adjustment Data Basic Training, Presentation Slides (Feb. 16, 2006)　　　　　　　　　　　　　　　Bates: 008374

**P.**  2006 R<small>ISK</small> A<small>DJUSTMENT</small> D<small>ATA</small> B<small>ASIC</small> T<small>RAINING FOR</small> M<small>EDICARE</small> A<small>DVANTAGE</small> O<small>RGANIZATIONS</small>, P<small>ARTICIPANT</small> G<small>UIDE</small> (July 2006)        Bates:  008609

**Q.**  2006 R<small>ISK</small> A<small>DJUSTMENT</small> D<small>ATA</small> B<small>ASIC</small> T<small>RAINING FOR</small> M<small>EDICARE</small> A<small>DVANTAGE</small> O<small>RGANIZATIONS</small>, R<small>ESOURCE</small> G<small>UIDE</small> (July 2006)        Bates:  008824

**R.**  2006 Regional Training, Risk Adjustment Data Basic Training, Presentation Slides (July 19, 2006)        Bates:  008975

**S.**  2007 R<small>ISK</small> A<small>DJUSTMENT</small> D<small>ATA</small> T<small>RAINING FOR</small> M<small>EDICARE</small> A<small>DVANTAGE</small> O<small>RGANIZATIONS</small>, P<small>ARTICIPANT</small> G<small>UIDE</small>        Bates:  009211

**T.**  2007 R<small>ISK</small> A<small>DJUSTMENT</small> D<small>ATA</small> B<small>ASIC</small> T<small>RAINING FOR</small> M<small>EDICARE</small> A<small>DVANTAGE</small> O<small>RGANIZATIONS</small>, R<small>ESOURCE</small> G<small>UIDE</small>        Bates:  009439

**U.**  April 2007 Monthly Risk Adjustment User Group Session Slides (Apr. 18, 2007)        Bates:  009507

**V.**  April 2007 Monthly Risk Adjustment User Group Meeting Notes (Apr. 18, 2007)        Bates:  009525

**W.**  2007 Regional Training, Risk Adjustment Data Introduction & Overview, Presentation Slides (Aug. 2007)        Bates:  009530

**X.**  2008 R<small>ISK</small> A<small>DJUSTMENT</small> D<small>ATA</small> T<small>ECHNICAL</small> A<small>SSISTANCE</small> F<small>OR</small> M<small>EDICARE</small> A<small>DVANTAGE</small> O<small>RGANIZATIONS</small>, P<small>ARTICIPANT</small> G<small>UIDE</small>        Bates:  009737

**Y.**  2008 R<small>ISK</small> A<small>DJUSTMENT</small> D<small>ATA</small> T<small>ECHNICAL</small> A<small>SSISTANCE</small> F<small>OR</small> M<small>EDICARE</small> A<small>DVANTAGE</small> O<small>RGANIZATIONS</small>, R<small>ESOURCE</small> G<small>UIDE</small>        Bates:  009966

**Z.**  2008 Regional Technical Assistance, Risk Adjustment, Presentation Slides        Bates:  010026

**AA.**  February 2008 Risk Adjustment User Group Notes (Feb. 13, 2008)        Bates:  010233

**BB.**  Risk Adjustment Payment Reconciliation Workbook (July 20, 2011)        Bates:  010239

**CC.**  Risk Adjustment Payment Reconciliation Answer Key (July 20, 2011)        Bates:  010241

**DD.**  Risk Adjustment Payment Reconciliation – Additional Exercises (July 20, 2011)        Bates:  010243

**EE.** 2011 Regional IT Technical Assistance, Risk Adjustment Slide Presentation (Aug. 30, 2011) Bates: 010247

**FF.** 2011 REGIONAL IT TECHNICAL ASSISTANCE, ENCOUNTER DATA PARTICIPANT GUIDE (Sept. 13, 2011) Bates: 010300

**GG.** 2011 Regional IT Technical Assistance, Encounter Data Slide Presentations (Sept. 13, 2011) Bates: 010458

**HH.** 2012 REGIONAL TECHNICAL ASSISTANCE, ENCOUNTER DATA PARTICIPANT GUIDE (Aug. 6-7, 2012) Bates: 010544

**II.** 2012 Regional Technical Assistance, Encounter Data Presentation Slides (Aug. 6-7, 2012) Bates: 010716

**JJ.** 2012 REGIONAL TECHNICAL ASSISTANCE PARTICIPANT GUIDE, RISK ADJUSTMENT (Aug. 7, 2012) Bates: 010881

**KK.** 2012 REGIONAL TECHNICAL ASSISTANCE RESOURCE GUIDE, RISK ADJUSTMENT (Aug. 7, 2012) Bates: 010936

**LL.** 2012 Regional Technical Assistance Presentation Slides, Risk Adjustment (Aug. 7, 2012) Bates: 010989

**MM.** 2012 Regional Technical Assistance Risk Score Calculation Workbook, Risk Adjustment (Aug. 7, 2012) Bates: 011052

**NN.** 2012 Regional Technical Assistance Job Aids, Risk Adjustment (Aug. 7, 2012) Bates: 011070

**OO.** 2013 NATIONAL TECHNICAL ASSISTANCE, RISK ADJUSTMENT 101 PARTICIPANT GUIDE (July 23, 2013) Bates: 011075

**PP.** 2013 National Technical Assistance, Risk Adjustment 101 Presentation (July 22, 2013) Bates: 011111

**VI. Other HHS Materials**

**A.** REPORT TO CONGRESS: PROPOSED METHOD OF INCORPORATING HEALTH STATUS RISK ADJUSTERS INTO MEDICARE+CHOICE PAYMENTS, HCFA Office of Strategic Planning, Research and Evaluation Group, Division of Payment Research (Mar. 1, 1999) Bates: 011212

**B.** ICD-9-CM PREFACE AND OFFICIAL GUIDELINES FOR CODING AND REPORTING (Oct. 1, 2000) Bates: 011375

 

   **C.** HHS OFFICE OF THE INSPECTOR GENERAL ("OIG"), ENCOUNTER DATA SUBMITTED BY COMMUNITYCARE OKLAHOMA FOR 2003 MONTHLY CAPITATION PAYMENTS, A-06-06-00104 (May 2007)　　　　　　　　　　　　　　　　　　　　Bates:  011404

   **D.** Standard Risk Adjustment Data Electronic Data Interchange ("EDI") Enrollment Form (July 10, 2009)　　　　　　　　　　　　　　　　　　　　Bates:  011423

   **E.** Standard Encounter Data EDI Agreement Form (Mar. 4, 2011)
　　　　　　　　　　　　　　　　　　　　Bates:  011426

   **F.** ICD-9-CM OFFICIAL GUIDELINES FOR CODING AND REPORTING (updated Aug. 23, 2011, effective October 1, 2011)　　　　　　　　　　　　　　　　Bates:   011429

   **G.** OIG, RISK ADJUSTMENT DATA VALIDATION OF PAYMENTS MADE TO PACIFICARE OF TEXAS FOR CALENDAR YEAR 2007, A-06-09-00012 (May 2012)
　　　　　　　　　　　　　　　　　　　　Bates:  011536

   **H.** OIG, RISK ADJUSTMENT DATA VALIDATION OF PAYMENTS MADE TO PARAMOUNT CARE, INC. FOR CALENDAR YEAR 2007, A-05-09-00044 (Sept. 2012)
　　　　　　　　　　　　　　　　　　　　Bates:  011604

   **I.** OIG, RISK ADJUSTMENT DATA VALIDATION OF PAYMENTS MADE TO EXCELLUS HEALTH PLAN, INC. FOR CALENDAR YEAR 2007, A-02-09-01014 (Oct. 2012)
　　　　　　　　　　　　　　　　　　　　Bates:  011644

   **J.** CY 2011 CMS Risk Adjustment Data Validation Overview, Presentation (Oct. 9, 2012)
　　　　　　　　　　　　　　　　　　　　Bates:  011699

   **K.** OIG, RISK ADJUSTMENT DATA VALIDATION OF PAYMENTS MADE TO PACIFICARE OF CALIFORNIA FOR CALENDAR YEAR 2007, A-09-09-00045 (Nov. 2012)
　　　　　　　　　　　　　　　　　　　　Bates:  011736

   **L.** CY 2013 Standard Medicare Advantage Organization Contract
　　　　　　　　　　　　　　　　　　　　Bates:  011800

   **M.** OIG, MEDICARE DRUG INTEGRITY CONTRACTOR ("MEDIC") BENEFIT INTEGRITY ACTIVITIES IN MEDICARE PARTS C AND D, OEI-03-11-00310 (Jan. 2013)
　　　　　　　　　　　　　　　　　　　　Bates:  011820

**VII.  Publications and Other Materials**

   **A.** Gregory C. Pope, *et al.*, *Risk Adjustment of Medicare Capitation Payments Using the CMS-HCC Model*, HEALTH CARE FINANCING REVIEW, Summer 2004, Vol. 25, No. 4, 119.　　　　　　　　　　　　　　　　　　　　Bates:  011857

   **B.** Gregory C. Pope, *et al.,* EVALUATION OF THE CMS-HCC RISK ADJUSTMENT MODEL:

9

FINAL REPORT, prepared for Melissa A. Evans, CMS Medicare Plan Payment Group, Division of Risk Adjustment and Payment Policy (Mar. 2011)
                                                                          Bates:  011880

C.  GAO-12-51, MEDICARE ADVANTAGE:  CMS SHOULD IMPROVE THE ACCURACY OF RISK SCORE ADJUSTMENTS FOR DIAGNOSTIC CODING PRACTICES (Jan. 2012)
                                                                          Bates:  012007

D.  GAO-13-206, MEDICARE ADVANTAGE:  SUBSTANTIAL EXCESS PAYMENTS UNDERSCORE NEED FOR CMS TO IMPROVE ACCURACY OF RISK SCORE ADJUSTMENTS (Jan. 2013)
                                                                          Bates:  012039