**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS E. PRICE, M.D., et al., <br><br> Defendants. | No. 1:16-cv-00157-RMC |

**PLAINTIFFS' AND DEFENDANTS' JOINT PROPOSAL**
**FOR DISPOSITIVE MOTION BRIEFING**

Pursuant to the Court's Order entered July 21, 2017, Plaintiffs UnitedHealthCare Insurance Company, et al., and Defendants Thomas E. Price, M.D., Secretary, United States Department of Health and Human Services, et al., (collectively, "the Parties") respectfully submit the following proposed schedule for dispositive motion briefing.

    1.    Plaintiffs will file their motion for summary judgment on or before October 17, 2017;

    2.    Defendants will file their combined opposition to Plaintiffs' motion for summary judgment and their cross-motion for summary judgment on or before November 21, 2017;

    3.    Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion on or before December 21, 2017;

    4.    Defendants will file their reply in support of their cross-motion on or before January 19, 2018.

In addition, the Parties respectfully request that this Court extend the page limits applicable to this briefing schedule. This case concerns a question of statutory interpretation involving aspects of the complex Medicare Advantage program, analysis of numerous prior agency regulatory pronouncements, as well as related healthcare background. There is also a 12,000+ page administrative record, and this case has the potential to have broad industry-wide impacts. The parties respectfully submit that the issues in this case will be best addressed with an extension of the default page limitations. Accordingly, the Parties propose the following page limitations for the aforementioned briefs:

1. Plaintiffs shall be permitted 60 pages for their brief in support of their motion for summary judgment;

2. Defendants shall be permitted 60 pages for their combined brief in support of their opposition to Plaintiffs' motion for summary judgment and their cross-motion for summary judgment;

3. Plaintiffs shall be permitted 60 pages for their combined brief in opposition to Defendants' cross-motion and reply brief in support of their motion for summary judgment and;

4. Defendants shall be permitted 34 pages for their reply brief in support of their cross-motion.

August 11, 2017                                    Respectfully submitted,

/s/ Daniel Meron
Daniel Meron (D.C. Bar No. 450419)
Benjamin W. Snyder (D.C. Bar No. 1020481)
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
daniel.meron@lw.com

*Attorneys for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JOEL McELVAIN
Assistant Branch Director
Federal Programs Branch

/s/ James Bickford
JAMES BICKFORD
New York Bar No. 5163498
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
20 Massachusetts Ave., NW
Washington, DC 20530
(202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, I electronically filed the foregoing Plaintiffs' and Defendants' Joint Proposal for Dispositive Motion Briefing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all listed counsel of record.

/s/ Daniel Meron
Daniel Meron