**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ERIC D. HARGAN, )<br>Acting Secretary of Health and Human Services, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 16-cv-157 (RMC) |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

The Secretary of Health and Human Services respectfully moves this Court for summary judgment in his favor, pursuant to Federal Rule of Civil Procedure 56, for the reasons set forth in the accompanying memorandum of law.

                                                     Respectfully submitted,

                                                     CHAD A. READLER
Principal Deputy Assistant Attorney General

JESSIE K. LIU
United States Attorney

JOEL McELVAIN
Assistant Director, Federal Programs Branch

  /s/ *James Bickford*
JAMES BICKFORD
New York Bar No. 5163498
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
20 Massachusetts Ave., NW
Washington, DC 20530
(202) 305-7632
James.Bickford@usdoj.gov

Dated: December 4, 2017                      *Counsel for Defendants*