UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 16-157 (RMC) |
| Plaintiffs, | | |
| v. | | |
| ALEX M. AZAR, II, Secretary of the Department of Health and Human Services, *et al.*, | | |
| Defendants. | | |

ORDER

For the reasons articulated in the Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, Dkt. 47, is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' Cross-Motion for Summary Judgment, Dkt. 57, is **DENIED**; and it is

**FURTHER ORDERED** that the 2014 Overpayment Rule, 79 Fed. Reg. 29,844, 29,918-25 (May 23, 2014), is **VACATED**.

This is a final appealable Order.  *See* Fed. R. App. P. 4.  This case is closed.

Date: September 7, 2018

_____
ROSEMARY M. COLLYER
United States District Court

1