# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-5326**　　　　　　　　　　　　　　September Term, 2018

1:16-cv-00157-RMC

Filed On: December 19, 2018 [1765054]

UnitedHealthcare Insurance Company, et al.,

      Appellees

      v.

Alex Michael Azar, II, in his official capacity as Secretary of Health and Human Services, et al.,

      Appellants

## O R D E R

Upon consideration of appellants' unopposed motion to hold this appeal in abeyance pending resolution of the government's Rule 60(b) motion, it is

**ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case within 14 days of the district court's resolution of the Rule 60(b) motion.

The Clerk is directed to transmit a copy of this order to the district court.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                          Rebecca L. Thompson
                          Deputy Clerk